# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Alberto P Merlos<br>    Julianna Katherine Merlos<br>         Debtor(s) | Case No. 13 B 23674 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/07/2013.

2) The plan was confirmed on 08/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/26/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/29/2014.

5) The case was Converted on 12/06/2014.

6) Number of months from filing to last payment: 15.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $4,485.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$4,485.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $178.36 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,678.36** |

Attorney fees paid and disclosed by debtor:      $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Alexian Brothers Hospital | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| American Infosource | Unsecured | 162.00 | 162.39 | 162.39 | 1.51 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 2,246.00 | 2,246.01 | 2,246.01 | 20.88 | 0.00 |
| American InfoSource LP as Agent | Unsecured | 4,363.00 | 4,363.07 | 4,363.07 | 40.57 | 0.00 |
| AmeriCash Loans LLC | Unsecured | NA | 234.09 | 234.09 | 2.18 | 0.00 |
| AmeriMark Premier | Unsecured | 135.00 | NA | NA | 0.00 | 0.00 |
| ATG Credit | Unsecured | 1,314.00 | NA | NA | 0.00 | 0.00 |
| Baxter Credit Union | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| Chicago Surgical Clinic | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Claremont Extended Healthcare | Unsecured | 2,750.00 | NA | NA | 0.00 | 0.00 |
| COMED | Unsecured | 1,383.00 | NA | NA | 0.00 | 0.00 |
| Dr. Leonard/Carol Wright | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| Ernest Blonquist PC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Figis INC | Unsecured | 28.00 | NA | NA | 0.00 | 0.00 |
| Harris & Harris LTD | Unsecured | 2,557.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell Telephone Company | Unsecured | 0.00 | 481.83 | 481.83 | 4.48 | 0.00 |
| Illinois Collection SE | Unsecured | 255.00 | NA | NA | 0.00 | 0.00 |
| Illinois Title Loans | Unsecured | 0.00 | 1,178.85 | 1,178.85 | 10.96 | 0.00 |
| LA Tan | Unsecured | 234.00 | NA | NA | 0.00 | 0.00 |
| Manor Care Health | Unsecured | 548.00 | NA | NA | 0.00 | 0.00 |
| Massey's | Unsecured | 355.00 | 353.05 | 353.05 | 3.28 | 0.00 |
| MBB | Unsecured | 5,226.00 | NA | NA | 0.00 | 0.00 |
| McQuinn Tree Care | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| Millenium Financial | Unsecured | 561.00 | 566.47 | 566.47 | 5.27 | 0.00 |
| MRSI | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| NCH Medical Group | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN/55 | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 474.00 | 1,450.03 | 1,450.03 | 13.48 | 0.00 |
| Northwest Adult Medicine | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| Northwest Collectors | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| Northwest Community Hospital | Unsecured | 0.00 | 59,081.82 | 59,081.82 | 549.38 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Northwest Heart Specialists | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| Ocwen Loan Servicing LLC | Unsecured | 148,124.00 | NA | NA | 0.00 | 0.00 |
| Optimum Outcomes INC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Patricia Larson | Unsecured | 78.00 | NA | NA | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 0.00 | 2,232.23 | 2,232.23 | 20.76 | 0.00 |
| Rescue Eight Paramedic | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 218,318.00 | 225,384.56 | 225,384.56 | 0.00 | 0.00 |
| Select Portfolio Servicing | Secured | 12,000.00 | 133.89 | 133.89 | 133.89 | 0.00 |
| Shop Now | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| State Collection Service | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| TRI State Adjustment F | Unsecured | 94.00 | NA | NA | 0.00 | 0.00 |
| United Resource System | Unsecured | 1,447.00 | NA | NA | 0.00 | 0.00 |
| Valley Credit Service | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| Village OF Arlington Heights | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Webbank | Unsecured | 216.00 | NA | NA | 0.00 | 0.00 |
| Willabee & Ward | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $225,384.56 | $0.00 | $0.00 |
| Mortgage Arrearage | $133.89 | $133.89 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$225,518.45** | **$133.89** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$72,349.84** | **$672.75** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,678.36 |
| Disbursements to Creditors | $806.64 |
| **TOTAL DISBURSEMENTS** : | **$4,485.00** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/26/2015                             By: /s/ Marilyn O. Marshall
                                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**